UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| AAA Jewelers Inc.<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>**Defendant.** | **S U M M O N S**<br><br>Court No. 22-00105 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 3901 Chicago | Center (if known): | CEE008 |
|---|---|---|---|
| Protest Number: | 390120112217 | Date Protest Filed: | 05/19/2020 |
| Importer: | AAA Jewelers Inc. | Date Protest Denied: | 10/28/2021 |
| Category of Merchandise: | Jewelry clad in precious metal | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| K74-0192370-4 | 9/18/2018 | 11/22/2019 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason P. Wapiennik
32437 5 Mile Road
Livonia, MI 48154
jason@greatlakescustomslaw.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Necklaces<br>Other Jewlelry | 7113.19.2500<br>7113.19.5090 | 5.8%<br>5.5% | OM 7113.19.2500<br>OM 7113.19.5090 | Free<br>Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Decision denied duty free treatment that was claimed at entry and in the protest that the goods qualified US-Oman Free Trade Agreement

The issue which was common to all such denied protests:

n/a

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jason P. Wapiennik
*Signature of Plaintiff's Attorney*

4/5/2022
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)