FORM 8

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| AAA JEWELERS INC. | |
| Plaintiff, | |
| v. | Court No. 22-cv-00105 |
| UNITED STATES, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action with prejudice.

Dated: February 24, 2023

/s/ Jason P. Wapiennik
JASON P. WAPIENNIK
Great Lakes Customs Law
32437 Five Mile Road
Livonia, MI 48154
Tel: (734) 855-4999

*Attorney for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge

ELISA S. SOLOMON
Trial Attorney
Department of Justice Civil Division
Commercial Litigation Branch
26 Federal Plaza - Suite 346
New York, New York 10278
(212) 264-0583

*Attorneys for Defendant*

FORM 8

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. LEO M. GORDON, SENIOR JUDGE

AAA JEWELERS INC.

              Plaintiff,

v.

UNITED STATES,

              Defendant.

Court No. 22-cv-00105

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed with prejudice.

Dated: February 27, 2023

                                            Clerk, U. S. Court of International Trade

                                            By: /s/ Jason Chien
                                                          Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)